NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 21 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: JEFFREY GRAY THOMAS, attorney disciplinary matter, | No.   21-55462 |
| _____ | D.C. No. 2:20-ad-00779-PSG |
| JEFFREY GRAY THOMAS, | |
| Appellant. | MEMORANDUM* |

Appeal from the United States District Court
for the Central District of California
Philip S. Gutierrez, Chief District Judge, Presiding

Submitted September 14, 2021**

Before:  PAEZ, NGUYEN, and OWENS, Circuit Judges.

Jeffrey Gray Thomas, an attorney, appeals pro se from the district court's order imposing reciprocal discipline following his involuntary inactive enrollment by the State Bar of California.  We have jurisdiction under 28 U.S.C. § 1291.  We review for an abuse of discretion, *in re Corrinet*, 645 F.3d 1141, 1145 (9th Cir. 2011), and we affirm.

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

The district court did not abuse its discretion in disbarring Thomas in the Central District of California because Thomas did not meet his burden to show that he was deprived of due process, that proof of misconduct was insufficient, or that grave injustice would result from the imposition of reciprocal discipline. *See In re Kramer*, 282 F.3d 721, 724-25 (9th Cir. 2002) (setting forth the limited circumstances in which an attorney can avoid a federal court's imposition of reciprocal discipline and setting forth attorney's burden of proof).

Thomas' request for judicial notice (Docket Entry No. 6) and motion to file a late brief (Docket Entry No. 7) are granted. The Clerk will file the opening brief submitted on August 7, 2021 (Docket Entry No. 4).

**AFFIRMED.**

21-55462